*James R. Cain, R. R. Richards,* and *Adams & Adams,* for defendant.

---

RITCH *v.* HAMILTON ; *et vice versa.*

HILL, J.  This case is controlled by the decision this day rendered in *Rahn* v. *Hamilton*, ante.

*Judgment affirmed on main bill of exceptions.  Cross-bill dismissed.  All the Justices concur, except Fish, C. J., absent.*

  JANUARY 16, 1916.  REHEARING DENIED FEBRUARY 29, 1916.